# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1618
_____

United States of America

*Plaintiff - Appellee*

v.

James Robinson, also known as Richie

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: September 18, 2012
Filed: September 27, 2012
[Unpublished]
_____

Before MELLOY, BEAM, and BENTON, Circuit Judges.
_____

PER CURIAM.

James Robinson appeals his 33-month, within-Guidelines sentence for misprison of a felony in violation of 18 U.S.C. § 4, relating to his involvement in a methamphetamine conspiracy. Robinson argues the sentence is substantively

unreasonable because the district court[1] gave too much consideration to his extensive criminal history and not enough consideration to other mitigating factors. We have carefully reviewed the sentencing transcript and find these arguments to be without merit. The district court did not abuse its considerable discretion in sentencing Robinson to 33 months in prison. See United States v. Woodard, 675 F.3d 1147, 1151 (8th Cir. 2012) (standard of review). Accordingly, we affirm.

_____

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.